# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JOHNSON,** | : | CIVIL ACTION NO. 1:09-CV-02257 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **DAVID A. VARANO,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 9th day of June, 2010, upon consideration of the motion (Doc. 12) for reconsideration of the order of court (Doc. 11) dated February 4, 2010, wherein the court adopted the report (Doc. 9) of the magistrate judge, which recommended that the petition for habeas corpus filed by petitioner Michael Johnson ("Johnson") be denied, and it appearing that Johnson claims he was not served with the magistrate judge's report, (see Doc. 12 ¶ 6), and that this prevented him from filing timely objections thereto, and it further appearing that Johnson's motion fails to identify any substantive-law rationale for disturbing the court's prior order, and concluding that there are no manifest errors of law or fact in the challenged order,[1] see Harsco Corp. v. Zlotniki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct

---

[1] Johnson's habeas petition raised challenges to the constitutionality of the Pennsylvania Parole Board practice of forfeiting credit for time served on parole when a prisoner violates his or her parole conditions. For the reasons explained in the court's February 4, 2010 order, Johnson's challenge was without merit. (See Doc. 11 n.1.)

manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby

ORDERED that the motion (Doc. 12) for reconsideration is DENIED.

                                                   <u>S/ Christopher C. Conner</u>
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge